| CIVIL MINUTE SHEET |  |  |
ATLANTA DIVISION

(X) IN OPEN COURT   ( ) IN CHAMBERS   DATE: 05/21/04   TIME: 1:30 P.M.

Honorable  HAROLD L. MURPHY

Court Reporter: DENNIS J. REIDY

Deputy Clerk: SAMUEL M. JOHNSTON

---

JERRY L. LYONS, individually and on behalf of all other similarly situated, Et al.

Counsel: BRADLEY J. SCHRAM
EVA T. CANTARELLA
ROBERT P. GELLER

v.

GEORGIA-PACIFIC CORPORATION SALARIED EMPLOYEES RETIREMENT PLAN, ET AL.

Case No. 1:97-CV-980-HLM

Counsel: PETER BASSETT

---

Cause came on for ( ) Jury   ( ) Non-Jury trial on the merits. Came the parties in person and/or as shown above.

Plaintiff(s)   ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions
Defendant(s)   ( ) Request to Charge   ( ) Voir Dire   ( ) Trial Memo/Brief   ( ) Statement of Contentions

Plaintiff(s)   ( ) Proposed Findings of Fact and Conclusions of Law
Defendant(s)   ( ) Proposed Findings of Fact and Conclusions of Law

( )   Whereupon the Court ordered that a jury be impaneled to try said issue, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn, to wit:

(1) _____   (6) _____
(2) _____   (7) _____
(3) _____   (8) _____
(4) _____   (9) _____
(5) _____   (10) _____

( ) The Rule of Sequestration ( ) was   ( ) was not   invoked.

HEARINGS/PRE-TRIALS/EVIDENCE: ___ Hearing per Order [128];

- Parties present the proposed order to the court.
- Court orally approves settlement and issues written order

VERDICT:

JUDGMENT:

Court adjourned at _____ until _____
( ) until further order
( ) jurors excused until the above time under the usual caution of the Court
( ) jurors excused for the term
( ) jurors excused and directed to return to the jury assembly room

Exhibits returned to counsel for ( ) Plaintiff(s) ( ) Defendant(s) ( ) Court Reporter

( ) Exhibits retained by the Court