# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JERRY L. LYONS and MICHAEL J. MCKENZIE, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>GEORGIA-PACIFIC CORPORATION SALARIED EMPLOYEES RETIREMENT PLAN and GEORGIA-PACIFIC CORPORATION,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:97-cv-980-JOF |

## JUDGMENT

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of motion for final approval of settlement, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiffs recover from defendants $22,333,333.00 as class counsel attorney's fees, plus $610.20 per day commencing December 18, 2003 through the date of payment of attorneys' fees, and reimbursement of out-of-pocket expenses totaling $225,000.00, and class representative fees in the amount of $15,000.00 for plaintiff Lyons and $7,500.00 for plaintiff McKenzie.

Dated at Atlanta, Georgia this 27th day of May, 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: _Andrea [signature]_
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 27, 2004
Luther D. Thomas
Clerk of Court

By: _Andrea [signature]_
Deputy Clerk