ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 07 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

Jerry L. Lyons and
Michael J. McKenzie,
individually and on
behalf of all others
similarly situated,

    Plaintiffs,

v.

Georgia-Pacific Corporation
Salaried Employees
Retirement Plan and
Georgia-Pacific Corporation,

    Defendants.

CIVIL ACTION FILE
NO. 1:97-CV-0980-JOF

ORDER

This case is before the Court on the Court's own motion.

It appearing that the judgment entered by the Clerk of this Court on May 27, 2004, was inadvertently entered, it is **ORDERED** that same be, and it is, hereby **VACATED**.

It is further **ORDERED** that the Clerk enter Judgment in this case pursuant to the Court's Order of May 21, 2004, in accordance with the attached "Judgment."

IT IS SO ORDERED, this the 2nd day of June, 2004.

_____
UNITED STATES DISTRICT JUDGE

1