



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jerry L. Lyons and
Michael J. McKenzie,
individually and on
behalf of all others
similarly situated,

    Plaintiffs,

v.

CIVIL ACTION FILE
NO. 1:97-CV-0980-JOF

Georgia-Pacific Corporation
Salaried Employees
Retirement Plan and
Georgia-Pacific Corporation,

    Defendants.

## JUDGMENT

This action having coming before the Court, the Honorable Harold L. Murphy, United States District Judge, for consideration of motion for final approval of settlement, and the Court having granted said motion by Order dated May 21, 2004 (the "Order"), it is

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered on the Order according to its terms.

1

Dated at Atlanta, Georgia this 21st day of ~~June~~ May, 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: /s/ Andrea
　　Deputy Clerk


Prepared, filed and entered
in the Clerk's Office
May 21, 2004
Luther D. Thomas
Clerk of Court

By: /s/ Andrea
　　Deputy Clerk

AO 72A
(Rev. 8/82)