# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Gregory C. Braden      Direct Dial: 404-881-7497      E-mail: gbraden@alston.com

December 10, 2004

Honorable J. Owen Forrester
United States District Judge
 for the Northern District of Georgia
2367 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

    Re:    Lyons, et al. v. Georgia-Pacific Corp., et al.
            Civil Action No. 1:97-CV-0980-JOF

Dear Judge Forrester:

Pursuant to the Settlement approved in this case, the parties have quantified the various numbers necessary to obtain the amount to be distributed to Plan participants and distributions have begun. The enclosed Consent Order seeks your final approval of this process and the parties request that you consider the Order.

If there are any questions, please do not hesitate to contact me and I will be happy to arrange a telephone conference with counsel.

                                     Very truly yours,

                                       Gregory C. Braden

GCB/sjl
Enclosure
cc:    Eva T. Cantarella, Esq.

ATL01/11807968v1

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
202-756-3300
Fax: 202-756-3333

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jerry L. Lyons and Michael J. )
McKenzie, individually and )
on behalf of all others )
similarly situated, )
)
) Civil Action
Plaintiffs, )
) File No. 1: 97-CV-0980-JOF
v. )
)
Georgia-Pacific Corporation )
Salaried Employees Retirement )
Plan and Georgia-Pacific )
Corporation, )
)
Defendants. )

## CONSENT ORDER APPROVING ALLOCATION AND
## DISTRIBUTION OF THE NET SETTLEMENT FUND

On May 21, 2004, this Court entered Judgment in accordance with the terms of the Settlement Agreement between the parties. Pursuant to the Agreement and the Court's Order, the Plaintiffs' attorneys' fees, their out of pocket expenses, interest, and the class representative fees have been disbursed. The Parties have agreed that a reasonable estimate of the administrative expenses associated with distributing settlement funds is $1.3 million and have further agreed that 50% ($650,000) should be deducted from the Settlement Amount reflecting the Plan's share of such expenses. In addition, the Parties have agreed that $75,000

will be deducted from the Settlement Amount to cover the legal expenses incurred in dealing with the estates of class members who are deceased. Pursuant to the Agreement and Order simple interest at the rate of 1% per year has been added to each class member's share of the Net Settlement Amount from December 18, 2003 to the actual date of payment.

Based upon the foregoing, the Court approves distribution of the Net Settlement Amount from the Plan determined as follows:

|  |  |
|---|---:|
| **Settlement Amount** | 67,000,000 |
| **Less Deductions** |  |
| - Attorneys fees | 22,333,333 |
| - Payments to Lyons & McKenzie | 22,500 |
| - Attorneys out of pocket expenses | 225,000 |
| - Expenses for interpleader | 75,000 |
| - Administrative Expenses (1/2) | 650,000 |
| Net Settlement Amount | 43,694,167 |
| (Interest to be added at 1% per Agreement) |  |

SO ORDERED this _____ day of _____, 2004.


_____
HONORABLE J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

Consented to this ____ day of December, 2004:

_____
Gregory C. Braden
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777
Email: gbraden@alston.com
Attorneys for Defendants
Georgia-Pacific Corporation
Salaried Employees Retirement
Plan and Georgia-Pacific
Corporation

_Eva T Cantarella /GCB w/ permission_
Eva T. Cantarella
HERTZ, SCHRAM & SARETSKY, PC
1760 S. Telegraph Rd. Ste. 300
Bloomfield Hills, MI 48302-0183
Telephone (248) 335-5000
Facsimile (248) 335-3346
Email: ecantarella@hsspc.com
Attorneys for Plaintiffs and
The Class