


McCready & Keene . 7941 Castleway Drive, Indianapolis, IN 46250 . (317) 849-4333

McCready and Keene was established in 1933 as McCready Pension Engineers, an actuarial consulting firm specializing in Defined Benefit plans. In order to provide a wider range of services to a growing client base, in 1975 the firm merged with Charles R. Keene & Associates, thereby becoming one of the largest independent actuarial and benefits consulting firms in the U.S. Today, McCready and Keene's staff includes nearly 100 actuaries, attorneys, paralegals, compliance specialists, retirement plan consultants and technology experts who manage more than 900 plans for close to a million participants. Our combined client assets total more than $10 billion.

About Us | Our Services | How We Work | Why Choose Us | Our Clients | Resources | Careers | Contact

McCready & Keene . 7941 Castleway Drive, Indianapolis, IN 46250 . (317) 849-4333