# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jerry L. Lyons and Michael J. McKenzie, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Georgia-Pacific Corporation Salaried Employees Retirement Plan and Georgia-Pacific Corporation,<br><br>Defendants. | Civil Action<br><br>File No. 1: 97-CV-0980-JOF |

REPORT OF ADMINISTRATOR
WITH RESPECT TO DISTRIBUTIONS UNDER
STIPULATION AND SETTLEMENT AGREEMENT

Pursuant to the Stipulation and Settlement Agreement (the "Settlement Agreement") filed in this action on February 3, 2004, and adopted by Order and Judgment dated May 21, 2004, the undersigned hereby respectfully shows as follows:

1. At all times relevant hereto, LECG, LLC ("LECG") is, and has been, the "Administrator" as defined in the Settlement Agreement.

2. Except as otherwise indicated in Paragraph 3 *below*, LECG has made all distributions to all Class members as identified in the Settlement Agreement under such terms and

conditions as directed and approved by the Court and, pursuant to protocols established by counsel for the respective parties.

3. Attached hereto as Exhibit "A" is a chart that illustrates and explains the various categories of Class members who either failed to claim their benefits in accordance with the provisions of the Settlement Agreement and applicable protocols, or otherwise failed to negotiate checks or payments received from LECG, as of November 17, 2006, and whose benefits under the Settlement Agreement are being forfeited.

Respectfully submitted this 21 day of November, 2006.

LECG, LLC

By: 

# EXHIBIT A

## SUMMARY OF CLASS MEMBER BENEFITS AS OF NOVEMBER 17, 2006

| | | |
|---|---|---|
| GRAND TOTAL CLASS MEMBER BENEFITS: | | $43,680,023.31 |
| 1. | TOTAL CLASS MEMBER BENEFITS PAID: | $28,815,972.52 |
| 2. | TOTAL CLASS MEMBER BENEFITS NOT PAID | $14,864,050.79 |
| 3. | TOTAL CLASS MEMBER BENEFITS CURRENTLY FORFEITED UNDER SETTLEMENT AGREEMENT (EXCLUDES INCOMPLETES NOTED IN PARAGRAPH 4): | $14,697,787.07 |

REASONS FOR FORFEITURE:

| | | |
|---|---|---|
| A. | INABILITY TO LOCATE CLASS MEMBERS TO DELIVER NOTICE PACKET[1]: | $1,349,528.21 |
| B. | INABILITY TO LOCATE CLASS MEMBERS TO DELIVER RESPONSE FORM PACKETS[2]: | $2,870,263.89 |
| C. | ELIGIBLE BENEFITS REJECTED BY CLASS MEMBERS[3]: | $33,486.55 |
| D. | ELIGIBLE BENEFITS – SET-OFF[4]: | $1,778.08 |
| E. | BENEFITS REJECTED FOR UNTIMELY RESPONSE FORMS[5]: | $18,916.75 |
| F. | NO RESPONSE FORM RECEIVED: | $10,415,113.58 |
| G. | BENEFIT CHECKS VOIDED BECAUSE NOT NEGOTIATED[6]: | $8,700.01 |
| 4. | INCOMPLETE RESPONSE FORM PACKETS RECEIVED SUBJECT TO FINAL NOTICE EXPIRING JANUARY 31, 2007[7]: | $166,263.72 |

---

[1] These include initial notices to Class Members that, pursuant to governing protocol, remained undeliverable after two levels of skip-tracing efforts by Choice Point.

[2] These include response forms required to be submitted by Class Members that, pursuant to governing protocol, remained undeliverable after two levels of skip-tracing efforts by Choice Point.

[3] These Class Members advised the Administrator that they did not wish to receive their benefit distribution.

[4] This includes Class Members whose claims were set-off against funds that they owed to the Plan. The original Settlement Amounts were $873.10 and $904.98 for a total of $1,778.08.

[5] This includes Response Forms postmarked after July 2, 2006 (the Claims Bar Date).

[6] This includes benefit checks that were issued between November 1, 2004 and May 1, 2006, and had not been cashed as of September 30, 2006. All checks that have not been cashed by October 17, 2006 will be voided.

5. ADDITIONAL HOLDBACK FOR POTENTIAL
   ADMINISTRATION EXPENSES FOR INCOMPLETE
   RESPONSE FORM PACKETS RECEIVED
   (Per Agreement of Parties) $33,736.28

6. TOTAL TO BE CURRENTLY FORFEITED AND
   REVERTED TO UNRESTRICTED ASSETS OF
   THE PLAN (EXCLUDES AMOUNTS NOTED IN
   PARAGRAPHS 4 AND 5) $14,664,050.79

---

[7] These include Class Members who failed to provide the necessary information for processing their claims after a follow-up notice from the Administrator.

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing **REPORT OF ADMINISTRATOR WITH RESPECT TO DISTRIBUTIONS UNDER STIPULATION AND SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system will automatically send email notification of such filing to the following attorneys of record:

> Eva T. Cantarella (ecantarella@hsspc.com)
> Rex M. Lamb, III (rlamb@sgrlaw.com)
> Bridget Bobick (bridget.bobick@troutmansanders.com)
> Eric Anthony Szweda (eric.szweda@troutmansanders.com)

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Robert P. Geller<br>Bradley J. Schram<br>Gary M. Saretsky<br>HERTZ, SCHRAM & SARETSKY, P.C.<br>1760 Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302-0183 | Rex M. Lamb, III<br>SMITH GAMBRELL & RUSSELL, L.L.P.<br>Suite 3100, Promenade II<br>1230 Peachtree Street<br>Atlanta, GA 30309-3592 |
| Allen C. Engerman<br>180 Pearson Street, #7204<br>Chicago, IL 60611<br><br>and<br><br>4800 North Federal HWY #100-D<br>Boca Raton, FL 33431 | Settlement Administrator:<br><br>Cindi A. Straup, Director<br>LECG, LLC<br>One Main Place<br>1201 Main Street, #1950<br>Dallas, TX 75202 |

s/Peter Q. Bassett
Georgia Bar No. 041350