# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jerry L. Lyons and Michael J. McKenzie, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Georgia-Pacific Corporation Salaried Employees Retirement Plan and Georgia-Pacific Corporation,<br><br>Defendants. | Civil Action<br><br>File No. 1: 97-CV-0980-JOF |

**[PROPOSED] ORDER**
**APPROVING ADMINISTRATOR'S REPORT AND FORFEITURE OF BENEFITS AND REVERSION TO PLAN**

THE COURT having read and reviewed (1) the Report of Administrator with Respect to Distributions Under Stipulation and Settlement Agreement and (2) Motion and Memorandum of Defendants Georgia-Pacific Corporation and Georgia-Pacific Salaried Employees Pension Plan n/k/a Georgia-Pacific Salaried Retirement Plan for Approval of Administrator's Report and Confirming Forfeiture of Benefits and Reversion to Plan (the "Motion"), and considered the same, pursuant to its continuing jurisdiction under Paragraph 9.12 of the Stipulation and

Settlement Agreement filed February 3, 2004, and adopted as part of the Final Judgment herein:

IT IS HEREBY ORDERED AND ADJUDGED:

1. The payments and forfeitures more particularly described in the Administrator's Report filed on or about November ____, 2006 (Docket No. ____) are hereby approved; and

2. The total amount of $14,664,050.79, as more particularly described in Exhibit "A" to the Report of Administrator, is hereby forfeited under Section 7.07 of the Settlement Agreement, and shall revert to, and remain the unrestricted assets of, Defendant Georgia-Pacific Salaried Employees Pension Plan n/k/a Georgia-Pacific Salaried Retirement Plan.

3. Potential payments associated with the "Incomplete Response Form Packets Received" which are not properly completed and returned to LECG by postmark date January 31, 2007 shall be forfeited and revert to, and remain unrestricted assets of, the Plan as of March 1, 2007.

4. Any and all other funds remaining from the $200,000.00 hold-back after payment of administrative expenses chargeable to the "Incomplete" claimants described above, shall revert to, and remain the unrestricted assets of, the Plan as of March 1, 2007.

LEGAL01/13026278v1

5. The Administrator will file its Final Report as required by the Settlement Agreement on or before April 1, 2007.

SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE J. OWEN FORRESTER
JUDGE, UNITED STATES DISTRICT COURT