# EXHIBIT 3

**Sample #1: Back of Envelope**

> URGENT! YOU MUST RETURN A <u>PROPERLY COMPLETED</u> CLAIM FORM BY <u>JANUARY 31, 2007</u>; OTHERWISE, YOU WILL FORFEIT YOUR PENSION SETTLEMENT AWARD.

**Sample #2: Front of Envelope**

Lyons and McKenzie Pension Settlement Center
P.O. Box 223958
Dallas, TX 75222-3958

**URGENT! YOU MUST RETURN A <u>PROPERLY COMPLETED</u> CLAIM FORM BY <u>JANUARY 31, 2007</u>; OTHERWISE, YOU WILL FORFEIT YOUR PENSION SETTLEMENT AWARD.**

**Lyons and McKenzie Pension Settlement Center**

P.O. Box 223958  
Dallas, TX 75222-3958

toll free: 888-541-4845  
fax: 214-753-5044

November 9, 2006

Class Member name  
Street Address  
City, State and Zip

Claim ID:

**RE: *Lyons and McKenzie et al. v. Georgia-Pacific Corporation Salaried Employees Retirement Plan*  
Notification of Incomplete Response Form Submission**

Dear Class Member:

On _____, you were advised that you have not satisfied the requirements to claim your benefits under the Lyons and McKenzie Pension Settlement. Your Response Form is incomplete for the following reason(s):

- Incomplete Reason 1
- Incomplete Reason 2
- Incomplete Reason 3

To resolve the deficiencies and in order to receive your settlement award, you must take the following action(s):

- Action 1
- Action 2
- Action 3

If you do not resolve the deficiencies in your Response Form submission by **January 31, 2007, any benefits you would otherwise be entitled to will be forfeited**. Please mail your perfected Response Form submission and/or documentation to the Settlement Center at the following address:

Lyons and McKenzie Pension Settlement Center  
P.O. Box 223958  
Dallas, TX 75222-3958

A copy of your Response Form submission in enclosed for your convenience. If you have any questions or are unsure what information is needed to perfect your submission, please contact the Settlement Center toll free at 1-888-541-4845.

Sincerely,

Cindi A. R. Straup  
Lyons and McKenzie Pension Settlement Center